R. C. & J. *Gregory*, for the appellee.

---

## DOUGHTY v. HAMILTON.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—Suit upon note and mortgage. Appearance and answer; issue; trial; judgment for the plaintiff. No exceptions, and no errors to found any on. Time case.

The judgment is affirmed, with 3 per cent. damages and costs.

K. *Ferguson*, for the appellant.

R. K. *Elliott*, for the appellee.